# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| **MARCUS AND SHERRI BEEBE,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Civil Action No. 3:16-CV-00563 |
| **v.** ) | |
| ) | JUDGE CRENSHAW/NEWBERN |
| **UNITRIN AUTO AND HOME** ) | |
| **INSURANCE COMPANY,** ) | JURY DEMAND |
| ) | |
| **Defendant.** ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

As indicated by the signatures of counsel below, it is agreed that the above-captioned case should be dismissed with prejudice.

Based upon the foregoing, and there being good cause, it is hereby **ORDERED** that the case is dismissed with prejudice as to all claims that were made or could have been made herein by the parties. The plaintiffs are responsible for any and all subrogation claims and liens and each party shall bear their own discretionary costs.

Entered this ____ day of August, 2017.

_____
United States District Court Judge

**Approved for Entry:**

**FARRAR | WRIGHT, PLLC**

*/s/* Sonya S. Wright
Sonya S. Wright (BPR 023898)
122 North Church Street
Murfreesboro, TN  37130
(615) 800-4747, telephone
(615) 900-3473, facsimile
sonya@farrarwright.com

*Counsel for Marcus and Sherri Beebe*



**SPICER RUDSTROM, PLLC**

/s/ Michael J. Vetter, Sr. (by permission Sonya S. Wright)
Michael J. Vetter, Sr. (BPR 013642)
Bank of America Plaza
414 Union Street
Suite 1700
Nashville, Tennessee 37219-1823
(615) 259-9080
mvetter@spicerfirm.com

*Counsel for Unitrin Auto and Home Insurance Company*